IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY A. MASON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action Number |
| vs. ) | **2:05-cv-01981-UWC-PWG** |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on October 6, 2006 recommending that petitioner's request for jail credit be denied. On October 30, 2006 petitioner filed his Objections to the Magistrate Judge's Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and petitioner's request for jail credit DENIED. A Final Judgment will be entered.

Done the 3rd day of November, 2006.

U.W. Clemon
Chief United States District Judge